RECEIVED
IN ALEXANDRIA, LA.

JAN 1 1 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CLAUDE R. FRAZIER** | **CIVIL ACTION NO. 12-952** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **CORRECTIONS CORP. OF AMERICA** | **MAGISTRATE JUDGE KIRK** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein, and after an independent review of the record, including the objections filed by plaintiff, and having determined that the findings and recommendation are correct under applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's civil rights complaint is **DISMISSED** with prejudice as frivolous and failing to state a claim as to which relief may be granted by the court pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

The Clerk of Court is instructed to send a copy of this judgment to the keeper of the "Three Strikes List" in Tyler, Texas.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 11th day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE